MABEL E. PAYNE *v.* GEORGE N. PAYNE

[No. 20. October Term, 1940.]

*Decided November 13th, 1940.*

The cause was argued before BOND, C. J., PARKE, SLOAN MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*Hartwell M. King* and *Murray MacNabb*, for the appellant.

*T. Hunt Mayfield, Jr.*, and *James Clark*, for the appellee.

SLOAN, J., delivered the opinion of the Court.